UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 1:24-cr- 52 |
| v. | ) |
| | ) Judge McDonough |
| JAQUAN ANDRE SMITH | ) |
|     also known as "LIL QUANIE" | ) Magistrate Judge Lee |
|     also known as "ABG LIL QUANIE" | ) |
|     also known as "ABG BABYGROOVE" | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges, that on or about April 29, 2023, in the Eastern District of Tennessee, the defendant, **JAQUAN ANDRE SMITH, also known as "LIL QUANIE," also known as "ABG LIL QUANIE," also known as "ABG BABYGROOVE,"** did knowingly possess a machinegun, in violation of Title 18, United States Code, Section 922(o).

### COUNT TWO

The Grand Jury further charges, that on or about May 12, 2023, in the Eastern District of Tennessee, the defendant, **JAQUAN ANDRE SMITH, also known as "LIL QUANIE," also known as "ABG LIL QUANIE," also known as "ABG BABYGROOVE,"** did knowingly possess a machinegun, in violation of Title 18, United States Code, Section 922(o).

A TRUE BILL

███████████████████
FOREPERSON OF THE GRAND JURY

FRANCIS M. HAMILTON III
United States Attorney

By: /s/
    Kevin T. Brown
    Assistant United States Attorney

Page 1 of 1